**JAKUB P. MEDRALA, ESQ.**
California Bar No. 280273
**The Medrala Law Firm, Prof. LLC**
615 S. 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID COPPERFIELD'S DISAPPEARING, INC., a.k.a. DCDI PRODUCTIONS, a Nevada Corporation;

Plaintiff,

vs.

AVINASH KUMAR; an Individual, DOES I-X; and ROES I-X,

Defendants.

Case No. 3:24-cv-07063-RS

**SECOND JOINT STIPULATION TO EXTEND DISCOVERY DEADLIES AND [PROPOSED] ORDER**

Pursuant to Northern District Local Rule 6-1, the parties to the above-entitled action agree and stipulate as follows:

1.      Plaintiff David Copperfield's Disappearing, Inc. filed its Complaint on October 8, 2024.

2.      On July 11, 2025, the Court entered a Case Management Scheduling Order (ECF No. 23) setting a deadline to complete all non-expert discovery for November 27, 2025, the deadline to amend the pleadings to November 13, 2025, and referring this case to a Magistrate Judge for the purpose of conducting a settlement conference.

3.      On October 21, 2025, Plaintiff issued a subpoena to Google, LLC d/b/a YouTube ("Google) requesting various documents and data that is relevant to the issues raised in this action, and necessary to conduct the Defendant's deposition.

4.    After resolving various objections to the subpoena, on November 14, 2025, Plaintiff and a representative of Google agreed that Google would produce the requested documents. However, Google informed that due to technical difficulties, it may take several weeks before the Plaintiff obtains the requested documents.

5.    On November 21, 2025, the parties conducted a settlement conference; however, no settlement was reached, which necessitated completion of discovery.

6.    On November 25, 2025, this Court entered an order extending discovery until January 27, 2026.

7.    As of January 19, 2026, Google produced some documents responsive to the subpoena, but also stated that it needs a few more weeks to produce the remaining documents. Due to the delay in obtaining documents from Google, the parties were not able to complete their discovery.

8.    Such discovery, among others, will involve receipt of relevant documents from Google, and conducting of the Defendant's deposition.

9.    The parties have agreed that the remaining discovery should be completed by February 27, 2026, and that the deadline to amend the pleadings should be extended until ~~January~~ February 13, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SECOND JOINT STIPULATION TO                1                CASE NO.: 3:24-cv-07063-RS
EXTEND DISCOVERY DEADLINES

10.     Good cause therefore exists to modify the Case Management Scheduling Order to extend the above-mentioned deadlines.

**IT IS SO STIPULATED.**

*Respectfully Submitted*

Dated: January 23, 2026.

By: /s/ *Avinash Kumar*
Avinash Kumar
*Defendant*

**THE MEDRALA LAW FIRM, PLLC**
By:/s/  *Jakub P. Medrala*
Jakub P. Medrala, Esq.
*Attorneys for Plaintiff*

SECOND JOINT STIPULATION TO             2          CASE NO.: 3:24-cv-07063-RS
EXTEND DISCOVERY DEADLINES

## [PROPOSED] ORDER

Based on the Parties' Stipulation to Extend Discovery Deadlines, and good cause appearing:

- The deadline to complete non-expert discovery is extended to February 27, 2026.

- The deadline to amend the pleadings is extended to February 13, 2026.

**IT IS SO ORDERED.**

DATED:    January 23, 2026

Hon. Richard Seeborg
Chief United States District Judge

SECOND JOINT STIPULATION TO                3                CASE NO.: 3:24-cv-07063-RS
EXTEND DISCOVERY DEADLINES