**JAKUB P. MEDRALA, ESQ.**
California Bar No. 280273
**The Medrala Law Firm, Prof. LLC**
615 S. 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DAVID COPPERFIELD'S DISAPPEARING, INC., a.k.a. DCDI PRODUCTIONS, a Nevada Corporation;

Plaintiff,

vs.

AVINASH KUMAR; an Individual, DOES I-X; and ROES I-X,

Defendants.

Case No. 3:24-cv-07063-RS

**JOINT STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS, AND ~~[PROPOSED]~~ ORDER**

Pursuant to Northern District Local Rule 6-1, the parties to the above-entitled action agree and stipulate as follows:

1. Plaintiff David Copperfield's Disappearing, Inc. filed its Complaint on October 8, 2024.

2. On July 11, 2025, the Court entered a Case Management Scheduling Order (ECF No. 23) setting a deadline to complete all non-expert discovery for November 27, 2025, the deadline to amend the pleadings to November 13, 2025, and referring this case to a Magistrate Judge for the purpose of conducting a settlement conference.

3. On November 21, 2025, the parties conducted a settlement conference; however, no settlement was reached, which necessitated completion of discovery.

4. On November 25, 2025, this Court entered an order extending discovery until January 27, 2026.

5. On January 23, 2026, this Court entered another order extending discovery until February 27, 2026.

6. On February 17, 2026, this Court entered another order extending discovery until March 27, 2026.

7. On February 17, 2026, this Court entered another order extending discovery until March 27, 2026.

8. On March 23, 2026, this Court entered yet another order extending discovery until May 27, 2026, with dispositive motions deadline on June 29, 2026, pretrial conference on November 18, 2026, and bench trial on November 23, 2026.

9. On May 22, 2026, Plaintiff conducted a deposition of Defendant Kumar and thereafter the parties have completed discovery in this case.

10. However, between June 23, 2026, and July 3, 2026, the Plaintiff counsel conducted a highly contested jury trial in the Eight Judicial District Court of Nevada, which prevented him from preparing a dispositive motion in this case before the expiration of the June 29, 2026, deadline.

11. Thereafter, the Court entered an order extending the deadline to file dispositive motions until July 20, 2026.

12. However, afterwards, the parties renewed their settlement discussions and would like to request additional time in an attempt to resolve this dispute.

13. For these reasons, the parties request that the deadline to file dispositive motions be extended until August 3, 2026.

14. Good cause therefore exists to modify the Case Management Scheduling Order to extend the above-mentioned deadlines.

**IT IS SO STIPULATED.**

*Respectfully Submitted*

Dated: July 21, 2026.

By: /s/ *Avinash Kumar*
Avinash Kumar
*Defendant*

**THE MEDRALA LAW FIRM, PLLC**
By:/s/ *Jakub P. Medrala*
Jakub P. Medrala, Esq.
*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

Based on the Parties' Stipulation to Extend filing of Dispositive motions, and good cause appearing:

- The deadline to complete filing of dispositive motions is continued to August 3, 2026.

**IT IS SO ORDERED.**

DATED: July 21, 2026

Hon. Richard Seeborg
Chief United States District Judge